# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM H. ROEDER,**

      **Plaintiff,**

**-vs-**                                                 **Case No. 6:07-cv-836-Orl-31DAB**

**SHARON D. PATTERSON, Settlement Officer, Internal Revenue Service,**

      **Defendant.**

_____

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss (Doc. 6). Plaintiff has not filed a response in opposition thereto. Upon consideration of same, it appears this Court lacks subject matter jurisdiction over this claim. Accordingly, it is

**ORDERED** that the Motion is GRANTED. This case is DISMISSED, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2007.

                                                          GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party